

RECEIVED
IN MONROE, LA
JUN 15 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 07-30005 |
| VERSUS | JUDGE ROBERT G. JAMES |
| NELSON DOMINGUEZ | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 18], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant's Motion to Suppress [Doc. No. 14] is DENIED.

MONROE, LOUISIANA, this 15 day of June, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE